**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiffs:

*Jeff Anderson*, 1:2016-cv-03475
*Denise Ashton*, 1:2016-cv-02440
*Farrah Barnett-Wilson*, 1:2018-cv-00170
*Diane Bustamante*, 1:2017-cv-02001
*Gary Gray*, 1:2018-cv-00979
*Linda Harmon*, 1:2017-cv-00725
*Kellie Jones*, 1:2016-cv-01045
*Kelsie Kriese*, 1:2016-cv-00931
*Vera Ledbetter*, 1:2016-cv-00933
*Robert Martinez*, 1:2018-cv-04009
*Cynthia Powell*, 1:2016-cv-02226
*Allysha Ramon*, 1:2016-cv-01046
*Felisha Ratliff*, 1:2018-cv-02039
*Irene Reynolds*, 1:2016-cv-01069
*Tongela Rivers*, 1:2018-cv-00236
*Shirley Stephens*, 1:2017-cv-02746
*Arthur Whitman*, 1:2017-cv-00705
*Pecola Jones*, 1:2019-cv-00602
*Dorothy Bartlett*, 1:2019-cv-04730
*Carl Walsh*, 1:2021-cv-06384

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrea Sapone, of the law firm Wright McCall, hereby gives notice of her appearance on behalf of the above styled Plaintiffs. Please serve all future documents, including but not limited to pleadings, notices, motions, discovery, and correspondences upon Andrea Sapone.

1

Respectfully submitted this 20th day of April, 2026.

s/ Andrea Sapone
Andrea Sapone
ASB4438E68S
Wright McCall LLC
5707 W. Interstate 10
San Antonio, TX 78201
Telephone: (205) 558-9000
E-Mail: asapone@wrightmccall.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, a copy of the foregoing was served electronically

and notice of the service of this document will be sent to all parties by operation of the Court's

electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties

may access this filing through the Court's system.


                                        s/ *Andrea Sapone*
                                        Andrea Sapone